**R. Charles BRYFOGLE, Plaintiff–Appellant,**

v.

**ARIZONA BOARD OF REGENTS, a body corporate 2020 N. Central Ave, Phx AZ and its subdivision University of Arizona and Department Steward Observatory; et al., Defendants–Appellees.**

No. 00–17027.

D.C. No. CV–00–00419–WDB.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2001 [*].

Decided June 21, 2001.

---

[*] The panel unanimously finds this case suitable

Before O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

## MEMORANDUM **

R. Charles Bryfogle appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action, which alleged that decisions of a state court deprived him of various constitutional rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the district court's decision to abstain under *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), *see Martinez v. Newport Beach City,* 125 F.3d 777, 780 (9th Cir.1997), and we review de novo a dismissal for lack of subject matter jurisdiction, *see Hexom v. Oregon Dep't of Transp.,* 177 F.3d 1134, 1135 (9th Cir. 1999). We affirm for the reasons stated by the district court in its order filed October 3, 2000.

We deny Bryfogle's motion to lift the stay filed May 3, 2001 as moot.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

